UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 1:18-cv-21232-UU

NATIONAL ASSOCIATION FOR THE
DEAF and EDDIE I. SIERRA,

    Plaintiffs,

v.

STATE OF FLORIDA, *et al.*,

    Defendants.
_____/

**JOINT MOTION TO LIFT STAY AND SET ANSWER DEADLINE**

    Plaintiffs and defendants jointly move to lift the stay imposed by the Court's June 29, 2018 Order (D.E. 34) and to set February 26, 2021 as the deadline for the defendants to answer the Complaint. In support, the parties state:

    1.    On June 18, 2018, the Court denied motions to dismiss the Complaint based on the Eleventh Amendment filed by the defendants, who appealed. D.E. 28, 29, 35.

    2.    On June 29, 2018, the Court cancelled all hearings and deadlines and stayed this case pending resolution of the appeal. D.E. 34.

    3.    On January 19, 2021, after affirming the Court's order denying the motions to dismiss based on sovereign immunity, the Eleventh Circuit issued its mandate. D.E. 56.

    4.    The parties agree that, given the issuance of the mandate, it is appropriate to lift the stay and allow the case to proceed.

    5.    The parties further agree that it is appropriate to allow the defendants until Friday, February 26, 2021 to answer the Complaint. This period is shorter than the 30-day period the Court contemplated in its November 12, 2020 Order. *See* D.E. 48.

    6.    An agreed proposed order is attached as Exhibit A.

    WHEREFORE, the parties jointly move that the Court lift the stay imposed by its June 29, 2018 Order (D.E. 34) and set February 26, 2021 as the deadline for the defendants to answer the Complaint.

/s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.
J. Courtney Cunningham, PLLC
8950 SW 74th Court, Suite 2201
Miami, FL 33156
Phone: (305) 351-2014
cc@cunninghampllc.com

Michael Steven Stein, Esq.
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Phone: (202) 510-9553
Fax: (888) 778-4620
michael.stein@steinvargas.com

Marc Charmatz, Esq.
National Association of the Deaf
Law and Advocacy Center
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Phone: (301) 587-7732
Fax: (301) 587-1791
marc.charmatz@nad.org

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ Jonathan L. Williams
Jonathan L. Williams
Fla. Bar No. 117574
Jonathan L. Williams, P.A.
113 South Monroe Street, First Floor
Tallahassee, FL 32301
(850) 706-0940
jw@jonathanwilliamslaw.com

*Counsel for Defendants the Florida Senate, the Florida House of Representatives, the Senate President, and the Speaker of the House*

/s/ Blaine H. Winship
Blaine H. Winship
Chief Assistant Attorney General
Complex Litigation Bureau
Fla. Bar No. 356913
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel.: (850) 414-3300
Fax: (850) 488-4872
Blaine.Winship@myfloridalegal.com

*Counsel for Defendants State of Florida, Florida State University Board of Trustees, and John Thrasher*