UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 1:18-cv-21232-UU

NATIONAL ASSOCIATION FOR THE
DEAF and EDDIE I. SIERRA,

      Plaintiffs,

v.

STATE OF FLORIDA, *et al.*,

      Defendants.

_____/

**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO LIFT STAY
AND SET ANSWER DEADLINE**

THIS CAUSE comes before the Court on the parties' Joint Motion to Lift Stay and Set

Answer Deadline (D.E. 57). Having reviewed the motion, and being otherwise fully advised in

the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

The stay imposed by the Court's June 29, 2018 Order (D.E. 34) is lifted, and the defendants shall

answer the Complaint no later than February 26, 2021.

DONE AND ORDERED in Chambers, Miami, Florida this ___ day of February, 2021.

 

_____
URSULA UNGARO
United States District Judge

Copies furnished:
All counsel of record