UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-21232-UU

NATIONAL ASSOCIATION OF THE
DEAF and EDDIE I. SIERRA,

    Plaintiffs,

v.

STATE OF FLORIDA, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion to Lift Stay and Set Answer Deadline (the "Motion"). D.E. 57. The Court having considered the Motion and the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that, in light of the Eleventh Circuit's mandate (D.E. 56), the Motion (D.E. 57) is GRANTED. The stay imposed by the Court's June 29, 2018 Order (D.E. 34) is LIFTED, and the Clerk of Court shall RE-OPEN the case. Given that the case now is at issue, the Court will separately enter a scheduling order for trial.

DONE AND ORDERED in Chambers, Miami, Florida, this 2d_ day of March, 2021.

                                              URSULA UNGARO
                                              UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record