# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-21232-UU

NATIONAL ASSOCIATION OF THE
DEAF and EDDIE I. SIERRA,

      Plaintiffs,

v.

STATE OF FLORIDA, *et al.*,

      Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon a *sua sponte* examination of the record. It is hereby

ORDERED AND ADJUDGED that the parties SHALL file a Joint Status Report **no later than March 16, 2021. The joint status report shall include:**

1. A summary of the parties' claims and defenses;

2. An explanation of the nature of the relief sought and the legal basis for such relief;

3. A brief summary of facts which are uncontested, or which can be stipulated to without discovery;

4. A brief summary of the issues as presently known;

5. Whether and what discovery has been taken (including whether initial disclosure has been made) and if the parties intend to take discovery, a proposed schedule for taking discovery;

6. Whether the parties anticipate filing dispositive motions and, if so, a proposed schedule for the filing of such motions;

7. The projected time necessary for trial;

8. Any unique legal or factual aspects of the case requiring special consideration by the Court;

9. Any potential needs for references to a special master or magistrate;

10. The status and likelihood of settlement, including whether the parties have engaged in informal settlement negotiations and mediation; and

11. Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action.

DONE AND ORDERED in Chambers, Miami, Florida, this 2d day of March, 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record