UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21232-CIV-DIMITROULEAS

NATIONAL ASSOCIATION FOR THE
DEAF and EDDIE I. SIERRA,

      Plaintiffs,

v.

STATE OF FLORIDA, *et al.*,

      Defendants,
_____/

## JOINT MOTION TO EXTEND DEADLINES

All plaintiffs and defendants jointly move this Court to issue an order extending discovery-related deadlines and the deadline for substantive pretrial motions by 60 days and in support thereof state as follows:

1. This case involves claims under Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act regarding the accessibility to people who are deaf and hard-of-hearing of online videos of legislative proceedings available on the websites of the Florida Channel (operated by Florida State University), the Florida Senate, and the Florida House of Representatives. The plaintiffs contend that those laws require captions on the live and archived videos of legislative proceedings and seek declaratory and injunctive relief, along with damages for the individual plaintiff, Eddie I. Sierra. *See generally* Compl. (D.E. 1).

2. Although they deny that federal law requires captions on the online videos of legislative proceedings that are the subject of this case, the defendants have decided as a policy matter that they will implement captions on live and archived online videos of legislative

proceedings. Based on their analysis of the issue to date, the defendants anticipate that implementing captioning on these videos will require a substantial up-front investment of financial and human resources to obtain the necessary technology and train relevant personnel consistent with state-law procurement requirements. Nevertheless, the defendants anticipate that live proceedings will be captioned by the beginning of the 2022 regular legislative session in January 2022.

3. Consistent with the Court's mediation order, the parties conducted mediation on July 6, 2021, with John Barkett and have continued to discuss settlement in light of defendants' plan to caption videos of legislative proceedings since that time. These discussions have been productive, and the parties believe that they have made substantial progress toward a voluntary resolution of this case.

4. Currently, the deadline for discovery, including expert discovery, is September 15, 2021, and the deadline for substantive pretrial motions is October 15, 2021. *See* D.E. 67. While the parties have conducted discovery consistent with the needs of the case, there remains outstanding discovery to conduct. To focus the parties' resources on potential settlement and avoid the waste of judicial resources related to discovery and other motions that may be unnecessary, the parties have agreed to jointly request a 60-day extension all discovery deadlines and the deadline for substantive pretrial motions.

5. This extension would permit the parties to continue to work toward settlement while conserving resources, but it would not require a delay in the trial date, which the Court re-set for the two-week trial calendar beginning April 25, 2022 to avoid a conflict with the 2022 regular legislative session. *See* D.E. 70. Accordingly, the requested 60-day extension would

conserve party and judicial resources without delaying trial in this action or otherwise causing prejudice.

6. A proposed order is attached.

## CERTIFICATION OF CONFERENCE

Pursuant to Local Rule 7.1(a)(3), Counsels for the Parties conferred July 28-30, 2021 regarding the relief sought in the Motion. The Parties agree to the relief sought and jointly move the Court to grant the Motion.

WHEREFORE, the Parties jointly move the Court to issue an order extending discovery-related deadlines and the deadline for substantive pretrial motions by 60 days.

Respectfully submitted,

/s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.
J. Courtney Cunningham, PLLC
8950 SW 74th Court, Suite 2201
Miami, FL 33156
Phone: (305) 351-2014
cc@cunninghampllc.com

Michael Steven Stein, Esq.
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Phone: (202) 510-9553
Fax: (888) 778-4620
michael.stein@steinvargas.com

Marc Charmatz, Esq.
National Association of the Deaf
Law and Advocacy Center
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Phone: (301) 587-7732
Fax: (301) 587-1791
marc.charmatz@nad.org

/s/ Jonathan L. Williams
Jonathan L. Williams
Fla. Bar No. 117574
Jonathan L. Williams, P.A.
113 South Monroe Street, First Floor
Tallahassee, FL 32301
(850) 706-0940
jw@jonathanwilliamslaw.com

*Counsel for Defendants the Florida Senate, the Florida House of Representatives, the Senate President, and the Speaker of the House*

/s/ Blaine H. Winship
Blaine H. Winship
Chief Assistant Attorney General
Complex Litigation Bureau
Fla. Bar No. 356913
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel.: (850) 414-3300
Fax: (850) 488-4872

*Counsel for Plaintiffs*

Blaine.Winship@myfloridalegal.com

*Counsel for Defendants State of Florida, Florida State University Board of Trustees, and John Thrasher*