UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21232-CIV-DIMITROULEAS

NATIONAL ASSOCIATION OF THE
DEAF and EDDIE I. SIERRA,

    Plaintiffs,

v.

STATE OF FLORIDA, *et al.*,

    Defendants,
_____/

**NOTICE OF SETTLEMENT**

    Pursuant to Local Rule 16.4, the parties give notice that they have reached an agreement to settle all claims in this action. Pursuant to their agreement, the parties will file a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(A)(ii).

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/ J. Courtney Cunningham<br>J. Courtney Cunningham, Esq.<br>J. Courtney Cunningham, PLLC<br>8950 SW 74th Court, Suite 2201<br>Miami, FL 33156<br>Phone: (305) 351-2014<br>cc@cunninghampllc.com<br><br>Michael Steven Stein, Esq.<br>Stein & Vargas, LLP<br>10 G Street NE, Suite 600<br>Washington, DC 20002<br>Phone: (202) 510-9553<br>Fax: (888) 778-4620<br>michael.stein@steinvargas.com | /s/ Jonathan L. Williams<br>Jonathan L. Williams<br>Fla. Bar No. 117574<br>Jonathan L. Williams, P.A.<br>113 South Monroe Street, First Floor<br>Tallahassee, FL 32301<br>(850) 706-0940<br>jw@jonathanwilliamslaw.com<br><br>*Counsel for Defendants the Florida Senate, the Florida House of Representatives, the Senate President, and the Speaker of the House*<br><br>/s/ Blaine H. Winship<br>Blaine H. Winship |

Marc Charmatz, Esq.
National Association of the Deaf
Law and Advocacy Center
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Phone: (301) 587-7732
Fax: (301) 587-1791
marc.charmatz@nad.org

*Counsel for Plaintiffs*

Chief Assistant Attorney General
Complex Litigation Bureau
Fla. Bar No. 356913
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel.: (850) 414-3300
Fax: (850) 488-4872
Blaine.Winship@myfloridalegal.com

*Counsel for Defendants State of Florida, Florida State University Board of Trustees, and Richard McCullough[*]*

---

[*] Richard McCullough succeeds Florida State University's former president, John Thrasher, who was sued solely in his official capacity as the president of Florida State University. *See* Fed. R. Civ. P. 25(d).