UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21232-CIV-DIMITROULEAS

NATIONAL ASSOCIATION OF THE
DEAF and EDDIE I. SIERRA,

        Plaintiffs,

v.

STATE OF FLORIDA, *et al.*,

        Defendants,
_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice, with all parties to bear their own costs and attorney fees.

Respectfully submitted,

/s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.
J. Courtney Cunningham, PLLC
8950 SW 74th Court, Suite 2201
Miami, FL 33156
Phone: (305) 351-2014
cc@cunninghampllc.com

Michael Steven Stein, Esq.
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Phone: (202) 510-9553
Fax: (888) 778-4620
michael.stein@steinvargas.com

Marc Charmatz, Esq.
National Association of the Deaf

/s/ Jonathan L. Williams
Jonathan L. Williams
Fla. Bar No. 117574
Jonathan L. Williams, P.A.
113 South Monroe Street, First Floor
Tallahassee, FL 32301
(850) 706-0940
jw@jonathanwilliamslaw.com

*Counsel for Defendants the Florida Senate, the Florida House of Representatives, the Senate President, and the Speaker of the House*

/s/ Blaine H. Winship
Blaine H. Winship
Chief Assistant Attorney General
Complex Litigation Bureau

Law and Advocacy Center
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Phone: (301) 587-7732
Fax: (301) 587-1791
marc.charmatz@nad.org

*Counsel for Plaintiffs*

Fla. Bar No. 356913
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel.: (850) 414-3300
Fax: (850) 488-4872
Blaine.Winship@myfloridalegal.com

*Counsel for Defendants State of Florida, Florida State University Board of Trustees, and Richard McCullough*